Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
SOUTHERN _____ DISTRICT OF MISSISSIPPI    CASE NO._____

Debtor Timothy E. Griggs _____ SS # XXX-XX- 5840 Current Monthly Income $2,931.39
Joint Debtor Paula D. Griggs _____ SS # XXX-XX- 7476 Current Monthly Income $ 172.00
Address 23922 Hwy 14, Macon, MS 39341 _____ No. of Dependents 3
Telephone No. 662-726-5374 _____ TAX REFUNDS AND EIC FOR DISTRIBUTION:_____

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

## PAYMENT AND LENGTH OF PLAN
The plan period shall be for a period of __60__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay $ 300.00 per (monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @: Tem's Food Market No. 2
101 W. Pearl Street
Macon, MS 39341

(B)    Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @: _____
_____
_____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ 1,122.08 @$ 24.42 /mo
State Tax Commission $ 199.00 _____ @$ 4.33 /mo    Other $_____ @ $_____ /mo

## DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:    _____
_____
_____

beginning _____ in the amount of $_____ per month shall be paid:
_____direct _____through payroll deduction _____through the plan.

## PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO: _____
_____
_____

in the amount of $_____ shall be paid $_____ per month:
_____through payroll deduction _____through the plan.

## HOME MORTGAGE(S)

| | | | | | |
|---|---|---|---|---|---|
| MTG PMTS TO:_____ | BEGINNING_____ | @$_____ | ( ) PLAN ( ) DIRECT | | |
| MTG PMTS TO:_____ | BEGINNING_____ | @$_____ | ( ) PLAN ( ) DIRECT | | |
| MTG PMTS TO:_____ | BEGINNING_____ | @$_____ | ( ) PLAN ( ) DIRECT | | |
| MTG ARREARS TO:_____ | THROUGH_____ | $_____ | @$_____ /MO* | | |
| | | | (*Including interest at ____%) | | |
| MTG ARREARS TO:_____ | THROUGH_____ | $_____ | @$_____ /MO* | | |
| | | | (*Including interest at ____%) | | |
| MTG ARREARS TO:_____ | THROUGH_____ | $_____ | @$_____ /MO* | | |
| | | | (*Including interest at ____%) | | |

Debtor's Initials TEG    Joint Debtor's Initials PDG    CHAPTER 13 PLAN, PAGE 1 OF 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| My Car Lot | 99 chev suburban | 7,080. | 7,080. | 7 % | 9,244. | 154.00 |
| Black's Furniture | household goods | 3,000. | 1,000. | 7 % | 1,305.60 | 22.00 |
| Senter's | household goods | 1,150. | 600.00 | 7 % | 783.00 | 13.06 |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Santander Consumer | 06 Maxima | 20,260.69 | abandon and pay 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:_____

**UNSECURED DEBTS** totaling approximately $ 8,342.60 _____ are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: _____IN FULL or __0__ % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2,800.00 _____
Attorney Fees Previously Paid $ -0- _____
Attorney fees to be paid through the plan $ 2,800.00 ____

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent
First Acceptance Insurance Company, Inc.
PO Box 23410
Nashville, MS 37202
Telephone/Fax 800-321-0899

Attorney for Debtor (Name/Address/Phone # / Email)
Timothy L. Gowan
PO Box 401
Macon, MS 39341
Telephone/Fax 662-726-2000/662-726-4040
E-mail Address tlgowan@hotmail.com

DATE: 2-8-11

DEBTOR'S SIGNATURE
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE

CHAPTER 13 PLAN, PAGE 2 OF _____